NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

**DECKERS CORPORATION,**
*Plaintiff-Appellant,*

v.

**UNITED STATES,**
*Defendant-Appellee.*

2013-1356

Appeal from the United States Court of International Trade in No. 02-CV-0732, Senior Judge Thomas J. Aquilino, Jr.

**ON MOTION**

**O R D E R**

Deckers Corporation moves without opposition for a 14-day extension of time, until January 6, 2014, to file its reply brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s27