# RODE & QUALEY

MICHAEL S. O'ROURKE
R. BRIAN BURKE
WILLIAM J. MALONEY

PATRICK D. GILL
ELEANORE KELLY-KOBAYASHI
OF COUNSEL

ATTORNEYS AT LAW

55 WEST 39TH STREET
NEW YORK, N.Y. 10018

(212) 944-7333

FACSIMILE: (212) 719-1828
WEBSITE:
WWW.RODE-QUALEY.COM
E-MAIL:
TRADELAW@RODE-QUALEY.COM

February 18, 2014

Honorable Daniel E. O'Toole
Circuit Executive and Clerk of the Court
United States Court of Appeals for Federal Circuit
717 Madison Place, N.W.
Washington, D.C. 20439

   Re: *Deckers Corp. v. United States*, Appeal No. 2013-1356

Dear Mr. O'Toole:

   On behalf of plaintiff-appellant, Deckers Corporation, it is our intention to refer during oral argument to the recent decision of the Court in *Link Snacks, Inc. v. United States*, Appeal No. 2013-1319, decided February 3, 2014, after our reply brief was filed. We intend to refer to this decision because it reaffirms the basic principle of Customs jurisprudence, referred to throughout our briefs, that "as a matter of law" an article "provided for *eo nomine*" in a tariff provision must be so classified. Slip Op. p.7. The Court affirmed the trial court finding that the involved provision "was an *eo nomine* provision because it '"include[ed] all forms of the named article,' even improved forms." Slip Op. p.3. The decision has a direct application to the appeal in this case.

              Respectfully yours,

              Patrick D. Gill

PDG/cl
cc: Marcella Powell, Esq.