# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT
### 717 MADISON PLACE, N.W.
### WASHINGTON, D.C. 20439

**DANIEL E. O'TOOLE**  
**CLERK OF COURT**

TELEPHONE: 202-275-8000

June 05, 2014

To: Patrick D. Gill

Re: Appeal No. 13-1356, Deckers Corporation v. US

## NOTICE OF REJECTION

Dear Counsel:

Your recently submitted motion/petition cannot be filed for the following reason(s):

- The incorrect relief "Motion for en banc rehearing" was selected in CM/ECF. The correct relief category is "En Banc and Rehearing Petitions" and the description is "en banc rehearing. Please re-file your petition using the correct relief.

If you have any questions or need assistance, please contact the Clerk's Office.

FOR THE COURT

/s/ Daniel O'Toole  
Daniel O'Toole  
Clerk of Court

cc: Richard Brian Burke  
Michael W. Heydrich  
William Maloney  
Marcella Powell